[No. 43453-9-II. Division Two. December 3, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. CHASE E. CUTTS, *Appellant*.

Appeal from a judgment of the Superior Court for Skamania County, No. 12-1-00017-2, Brian P. Altman, J., entered May 17, 2012. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 43591-8-II. Division Two. December 3, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY SCOTT ZIEGLER, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 05-1-01088-6, Diane M. Woolard, J., entered June 1, 2012. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Penoyar, J., and Verellen, J. Pro Tem.

[No. 43873-9-II. Division Two. December 3, 2013.]

FIDELITY NATIONAL TITLE INSURANCE COMPANY, *Appellant*, v. PORT ORCHARD FIRST LIMITED PARTNERSHIP ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-2-03114-4, Steven B. Dixon, J., entered August 1, 2012. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar and Maxa, JJ.

[No. 30593-7-III. Division Three. December 3, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHNNIE LLOYD TRAUB, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 11-1-00424-0, Michael G. McCarthy, J., entered February 3, 2012. *Remanded with instructions* by unpublished opinion per Siddoway, J., concurred in by Korsmo, C.J., and Fearing, J.